**Order entered December 20, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-22-00621-CR
No. 05-22-00622-CR
No. 05-22-00623-CR

## WILSON ALEJANDRO MONTOYA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-00780-I, F19-00781-I & F19-00779-I**

## ORDER

Before the Court is Court Reporter Vicki L. Tuck's request for a third extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **January 12, 2023**. We caution Ms. Tuck that further extensions will be disfavored.

/s/ ERIN A. NOWELL
JUSTICE